KROPLIN v TRUAX, Dir. etc.

Ohio Supreme Court

No 21344. Decided Feb 6, 1929

Syllabus by ALLEN, J.

**ANIMALS**

(20 D) The legislature is authorized within its police power to require the examination, inspection and testing of cattle for bovine tuberculosis, and, if such disease is found to exist, to provide for the summary destruction of the diseased animal.

Such destruction of diseased animals does not constitute a taking of private property for public use, nor the invasion of the right of acquiring, possessing and protecting property given under the Constitution of the State of Ohio.

## CONSTITUTIONAL LAW

(140 S) **Section 1121-10 General Code,** does not violate the provisions of Article I, Section 1, of Article I, Section 16, nor Article I, Section 19, of the Constitution of the State of Ohio.

Marshall, C J, Kinkade, Robinson, Jones, Matthias and Day, JJ, concur.